AO 93 (Rev 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

In the Matter of the Search of )
5973 E. 146th Place S., Bixby, OK 74008, )   Case No. 26mj-91-MTS
a Ram Pickup Truck License Plate RYH167, )   **FILED UNDER SEAL**
a Person, and a Cellular Telephone )
with the Phone Number 918-644-6710 )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Northern    District of    Oklahoma
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    2-18-2026
*(not to exceed 14 days)*

☒ in the daytime, 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
    Mark T. Steele    .
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
    ☐ for _____ days *(not to exceed 30)*.
    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    2-4-2026  2:30 pm    _____
                                                *Judge's signature*

City and state:    Tulsa, Oklahoma    Mark T. Steele, U.S. Magistrate Judge
                                        *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 326-763-7540 | Date and time warrant executed: 0955 2/17/26 | Copy of warrant and inventory left with: REGINA CARTER |
| Inventory made in the presence of: SSA ROBIDOUX ; REGINA CARTER |||
| Inventory of the property taken and name of any person(s) seized: Iphone 15 Pro Max : SN: J6DFPWPV9V |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-17-26

_P. Tmp_
Executing officer's signature

SSA PAUL TRAEGER
Printed name and title

## ATTACHMENT A

### Property to be Searched

The property to be searched is a residence located at 5973 E. 146th Place S., Bixby, OK 74008, Northern District of Oklahoma, including outbuildings and vehicles on the curtilage premises, further described as

The premises to be searched is located within the Northern District of Oklahoma, described above, and pictured below:



## ATTACHMENT A

### Property to be Searched

The vehicle to be searched, provided it is located in the Northern District of Oklahoma at the time of execution of this warrant, is a Ram pickup truck license plate RYH167 (the Subject Vehicle) registered to Wayne Allen Baker. The vehicle to be searched is described above and pictured below:




## ATTACHMENT A

### Property to be Searched

This warrant applies to the person of Regina Michelle Carter, SSN: 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, Date of Birth: 7/2/68.

## ATTACHMENT A

### Property to be Searched

The property to be searched is a Cellular Telephone with the Phone Number 918-644-6710. This warrant authorizes the forensic examination of this Cellular Telephone for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

### Particular Things to be Seized

All items that constitute evidence and instrumentalities of violations of Title 18, United States Code, Section 1343 (Wire Fraud), including:

A. Text based communications, call logs, emails, records of communications; and data of any type relating to the fraudulent sale of 10 acres in McCurtain County, and data of any type related to Wayne Allen Baker selling, using, persuading, or inducing, anyone to fraudulently purchase property from himself in McCurtain County, in any form wherever it may be stored or found including, but not limited to:

   i. Any cellular telephone, smartphone, tablet, external storage devices, and any electronic data storage devices including, but not limited to a cellular telephone utilized by Wayne Allen Baker with the phone number 918-644-6710 and any associated passwords.

   ii. Information, correspondence, records, documents or other materials pertaining to the fraudulent sale of property in McCurtain County, that were transmitted or received using computer, cellular device, personal digital assistant, or some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

2

a. Envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, relating to the fraudulent sale of property in McCurtain County;

b. Ledgers, documents, materials, and records bearing on the fraudulent sale of property in McCurtain County;

c. Any and all records of Internet usage including user names and e-mail addresses and identities assumed for the purposes of communication on the Internet. These records may include billing and subscriber records, e-mail messages, and include electronic files in a computer and on other data storage mediums;

d. Any physical keys, encryption devices, dongles and similar physical items necessary to access computer equipment, storage devices or data;

e. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data; and

    f. Files, records, programs, logs, electronic communications, or financial records;

B. Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence;

C. Records or other items which evidence ownership or use of computer equipment or any of the devices described in this attachment that are found in the above residence, including, but not limited to, sales receipts, bills for Internet access, and handwritten notes;

D. Any and all adapters, chargers or other hardware items necessary to charge the battery, or to maintain the functioning of, any of the equipment described above; and

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form.

The term "storage medium" includes any physical object upon which computer data can be recorded, including external and internal hard drives, flash drives, thumb drives, micro SD cards, macro SD cards, SIM cards, cellular phones capable of storage, memory cards, and memory chips.

4